Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

PER CURIAM.

David McKee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See McKee v. Federal Bureau of Prisons*, No. CA-03-1025 (E.D.Va. May 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Danah D. DIGGS, Defendant— Appellant.**

No. 04-6568.

United States Court of Appeals, Fourth Circuit.

Submitted July 28, 2004.

Decided Aug. 17, 2004.

Danah D. Diggs, Appellant pro se. Robert Lucas Hobbs, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

PER CURIAM.

Danah D. Diggs appeals the district court's orders denying her motion for downward departure and motion to correct sentence. We dismiss the appeal as duplicative because this court disposed of prior appeals from these same orders. *See United States v. Diggs*, 90 Fed.Appx. 52 (4th Cir.2004) (unpublished). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*